UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501-pmb |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DAVID A. WENDER, in his capacity as CHAPTER 11 TRUSTEE, | ) ) ) | Adv. Proc. No. 22-05170-pmb |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMOA FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) ) | |

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT**

Plaintiff David A. Wender, in his capacity as Chapter 11 Trustee, and Defendant AMOA Finance, LLC, by and through their undersigned counsel, stipulate to extend the deadline for Defendant to answer Plaintiff's Complaint [Dkt. No. 1] from January 13, 2023, through and including January 27, 2023.

[SIGNATURES ON FOLLOWING PAGE]

1

STIPULATED TO BY:

Dated: January 11, 2023

                EVERSHEDS SUTHERLAND (US) LLP

                */s/ David A. Wender*
                David A. Wender (748117)
                Valerie S. Sanders (625819)
                999 Peachtree Street, NE, Suite 2300
                Atlanta, Georgia 30309-3996
                404.853.8000 (t)
                404.853.8806 (f)
                davidwender@eversheds-sutherland.com
                valeriesanders@eversheds-sutherland.com

                *Counsel for Plaintiff David A. Wender,*
                *in his capacity as Chapter 11 Trustee*

Dated: January 11, 2023

                SMITH, GAMBRELL & RUSSELL, LLP

                */s/ Michael F. Holbein*
                Michael F. Holbein
                Georgia Bar No. 360070
                1105 W. Peachtree St., N.E.
                Suite 1000
                Atlanta, Georgia 30309
                Phone: (404) 815-3607
                Email: mholbein@sgrlaw.com

                *Attorneys for Defendant AMOA Finance, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day the ***Joint Stipulation to Extend Time for Defendant to Answer Plaintiff's Complaint*** was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF electronic filing system.

Dated: January 11, 2023.

                SMITH, GAMBRELL & RUSSELL, LLP

                */s/ Michael F. Holbein*
                Michael F. Holbein
                Georgia Bar No. 360070
                1105 W. Peachtree St., N.E.
                Suite 1000
                Atlanta, Georgia 30309
                Phone: (404) 815-3607
                Email: mholbein@sgrlaw.com

                *Attorneys for Defendant AMOA Finance, LLC*