UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501-pmb |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DAVID A. WENDER, in his capacity as CHAPTER 11 TRUSTEE, | ) ) ) | |
| | ) | Adv. Proc. No. 22-05170-pmb |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMOA FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT MOTION TO STAY**

Plaintiff David A. Wender, in his capacity as Chapter 11 Trustee of Debtor Curepoint, LLC, and Defendant AMOA Finance, LLC, jointly move for an order staying this adversary proceeding for 60 days, and in support show the Court as follows:

1. Plaintiff filed his complaint on December 13, 2022. (ECF No. 1.)

2. Defendant answered the complaint on January 27, 2023. (ECF No. 5.)

3. On March 22, 2023, the parties conducted the conference required by Fed. R. Civ. P. 26(f) and BLR 7026-1.

4. During the conference, counsel for the parties discussed the possibility of mediation following an initial, informal exchange of information.

5. The parties request a stay of this action, including all pending deadlines, for a period of 60 days to allow them time to informally exchange information and engage in mediation and/or further settlement discussions.

6. "The Court has the inherent power to stay this action as a part of the power to control its own docket." *E.g., Camp v. Rehtorik (In re Gov't Sec. Corp.*, 81 B.R. 692, 694 (Bankr. S.D. Fla. 1987).

7. Accordingly, the parties request a stay of this action, including all pending deadlines, for a period of 60 days from entry of an order granting this motion, to allow the parties additional time to attempt to resolve the case.

[signatures on following page]

| | |
|---|---|
| */s/ David A. Wender* <br> David A. Wender  (748117) <br> Valerie S. Sanders (625819) <br><br> EVERSHEDS SUTHERLAND (US) LLP <br> 999 Peachtree Street, NE, Suite 2300 <br> Atlanta, Georgia 30309-3996 <br> 404.853.8000 (t) <br> 404.853.8806 (f) <br> davidwender@eversheds-sutherland.com <br> valeriesanders@eversheds-sutherland.com <br><br> *Counsel for Plaintiff David A. Wender,* <br> *in his capacity as Chapter 11 Trustee* | */s/ Michael F. Holbein* (w/exp. permission) <br> Michael F. Holbein (360070) <br><br><br> SMITH, GAMBRELL & RUSSELL, LLP <br> 1105 W. Peachtree St. N.E., Ste. 1000 <br> Atlanta, Georgia 30309 <br> 404.815.3607 (t) <br> 404.685.6907 (f) <br> mholbein@sgrlaw.com <br><br><br> *Counsel for Defendant* <br> *AMOA Finance, LLC* |

3