UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-56501-pmb |
| | ) | |
| CUREPOINT, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DAVID A. WENDER, in his capacity as CHAPTER 11 TRUSTEE, | ) ) ) | |
| | ) | Adv. Proc. No. 22-05170-pmb |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMOA FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ORDER TO MEDIATE

Plaintiff David A. Wender, in his capacity as Chapter 11 Trustee of Debtor Curepoint, LLC, and Defendant AMOA Finance, LLC, jointly move for an order requiring mediation, and in support show the Court as follows:

1. Plaintiff filed his complaint on December 13, 2022. (ECF No. 1.)

2. Defendant answered the complaint on January 27, 2023. (ECF No. 5.)

1

3. On March 22, 2023, the parties conducted the conference required by Fed. R. Civ. P. 26(f) and BLR 7026-1.

4. During the conference, counsel for the parties discussed the possibility of mediation following an initial, informal exchange of information.

5. The parties have confirmed that the Honorable Mary Grace Diehl is available to conduct a mediation in this matter.

6. After consulting with Judge Diehl, the parties and Judge Diehl have tentatively scheduled mediation to occur on June 20, 2023.

7. Accordingly, the parties request an order requiring mediation, to occur in the next 45 days.

[signatures on following page]

| | |
|---|---|
| */s/ David A. Wender* <br> David A. Wender  (748117) <br> Valerie S. Sanders (625819) <br><br> EVERSHEDS SUTHERLAND (US) LLP <br> 999 Peachtree Street, NE, Suite 2300 <br> Atlanta, Georgia 30309-3996 <br> 404.853.8000 (t) <br> 404.853.8806 (f) <br> davidwender@eversheds-sutherland.com <br> valeriesanders@eversheds-sutherland.com <br><br> *Counsel for Plaintiff David A. Wender,* <br> *in his capacity as Chapter 11 Trustee* | */s/ Michael F. Holbein* <br> Michael F. Holbein (360070) <br><br><br> SMITH, GAMBRELL & RUSSELL, LLP <br> 1105 W. Peachtree St. N.E., Ste. 1000 <br> Atlanta, Georgia 30309 <br> 404.815.3607 (t) <br> 404.685.6907 (f) <br> mholbein@sgrlaw.com <br><br><br> *Counsel for Defendant* <br> *AMOA Finance, LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on this day the JOINT MOTION FOR ORDER TO MEDIATE was filed with the Clerk of Court and served on all parties of record via the Court's CM/ECF electronic filing system.

Dated: June 8, 2023.

                                                                           */s/ David A. Wender*
                                                                           David A. Wender  (748117)
                                                                           EVERSHEDS SUTHERLAND (US) LLP
                                                                           999 Peachtree Street, NE, Suite 2300
                                                                           Atlanta, Georgia 30309-3996
                                                                           404.853.8000 (t)
                                                                           404.853.8806 (f)
                                                                           davidwender@eversheds-sutherland.com

                                                                           *Counsel for Plaintiff David A. Wender,*
                                                                           *in his capacity as Chapter 11 Trustee*